**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

| | |
|---|---|
| **RCO Legal, P.S.**<br>13555 SE 36th St., Ste. 300<br>Bellevue, WA 98006<br>Phone: 425.458.2121<br>Fax: 425.458.2131<br>www.rcolegal.com | Honorable Judge Karen A. Overstreet<br>Chapter 11<br>Hearing Location: Seattle<br>Hearing Date: August 23, 2013<br>Hearing Time: 9:30 a.m.<br>Response Date: August 16, 2013 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>HARRY R YOURIST AND<br>ROSALIE H YOURIST<br><br>Debtors. | **CHAPTER 11 BANKRUPTCY**<br><br>**NO.: 13-13512-KAO**<br><br>**STIPULATED ORDER CONDITIONING STAY AS TO U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT ASSET HOLDINGS NPL3, BY CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC., AS ITS ATTORNEY IN FACT** |

THIS MATTER came before the Court for hearing on U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings NPL3, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact's ("Creditor") motion for relief from stay. The Court having reviewed the files and records and finding that the parties, the Creditor, through its attorney James K. Miersma and the

Stipulated Order Conditioning Stay
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

Case 13-13512-KAO   Doc 77   Filed 08/30/13   Ent. 08/30/13 12:40:36   Pg. 1 of 3

debtors, and Harry R Yourist and Rosalie H Yourist, ("Debtor" collectively hereafter) through their attorney Michael E Gossler stipulate and agree to entry of this order, NOW THEREFORE, IT IS HEREBY:

ORDERED that the stay existing pursuant to 11 U.S.C. § 362(a) as to the property located at 1027 NW 179th Pl, Shoreline, WA 98177 and legally described in the Deed of Trust attached as an exhibit to the original motion for relief shall remain in effect as to Creditor subject to the following conditions:

1. The Debtor shall resume monthly mortgage payments due Creditor immediately beginning with the September 1, 2013 payment and continuing each month thereafter as due.

2. The Debtor stipulates to a post-petition arrearage of $18,853.88. This amount is comprised of monthly payments of $4,506.97 for the months of May 2013 through August 2013 and $826.00 for attorney's fees and costs.

3. The Debtor stipulates to a pre-petition arrearage of $97,761.16. This amount is comprised of monthly payments of $3,491.47 for the months of January 2011 through April 2013.

4. To cure the accumulated post-petition arrears, Debtor shall make installment payments of $3,142.32 each month for six consecutive months starting September 15, 2013 through and including February 15, 2013, until the current post-petition arrearage is paid in full.

5. To cure the accumulated pre-petition arrears, starting on March 15, 2014 and for fifty-four months thereafter, Debtor shall make installment payments of $1,810.40 for fifty-four consecutive months starting March 15, 2014 through and including September 15, 2018, until the current pre-petition arrearage is paid in full.

IT IS FURTHER ORDERED that should the Debtor fail to resume and keep current the monthly payments or fail to cure the arrears as provided, Creditor shall provide written notice of the default to the Debtor and the Debtor's attorney. The Debtor will then have 15 days from the date the written notice was mailed or delivered to the Debtor and the Debtor's attorney to bring the required payments current, including payments falling due after the date of the notice.

IT IS FURTHER ORDERED that if Debtor fails to cure the default as outlined in the notice, then Creditor shall be entitled to submit an order terminating the automatic stay supported by a certificate of non-compliance and copy of the mailed written notice of default.

Stipulated Order Conditioning Stay
Page - 2

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 13-13512-KAO    Doc 77    Filed 08/30/13    Ent. 08/30/13 12:40:36    Pg. 2 of 3

IT IS FURTHER ORDERED that upon the third default of this Stipulated Order, Creditor shall be entitled to submit an *ex parte* order terminating the automatic stay without further notice to the debtor or the debtor's attorney.

IT IS FURTHER ORDERED that the terms of this order shall be effective and bind the Debtor regardless of the terms of any subsequently filed Chapter 13 plan of reorganization in this case.

IT IS FURTHER ORDERED that Creditor may amend its proof of claim to recover the fees and costs for bringing its motion together with any accrued post-petition costs or charges not cured by the terms of this order.

/ / / End of Order / / /

Presented by:

/s/ James K Miersma
James K. Miersma, WSBA# 22062
Attorney for U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings NPL3, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact

Approved as to form and content;
Notice of presentation waived:

/s/ Michael E Gossler
Michael E Gossler, WSBA # 11044
Attorney for Debtors

Stipulated Order Conditioning Stay
Page - 3

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 13-13512-KAO    Doc 77    Filed 08/30/13    Ent. 08/30/13 12:40:36    Pg. 3 of 3